UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: CLEARLAKE, LLC,<br><br>Debtor. | Case No.  C07-1976RSL<br>Bankruptcy No. 07-10698<br>Bankruptcy Appeal No. 07-S037<br><br>ORDER STRIKING NOTICE OF WITHDRAWAL OF COUNSEL |

On January 7, 2008, counsel for Clunas Funding Group, Inc. filed a Notice of Withdrawal.  (Dkt. #8).  However, according to General Rule 2(g)(4)(A), "No attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court."  Accordingly, the notice of withdrawal is STRICKEN.  Counsel will not be permitted to withdraw until they comply with General Rule 2(g)(4)(A), including filing a certification that the motion was served on the client.

DATED this 10th day of January, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING
NOTICE OF WITHDRAWAL