UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: CLEARLAKE, LLC,<br><br>Debtor. | Case No.  C07-1976RSL<br>Bankruptcy No. 07-10698<br>Bankruptcy Appeal No. 07-S037<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DESIGNATION OF RECORD |

This matter comes before the Court on the motion of appellee Ronald Brown, trustee, for an extension of time to respond to the appellant's statement of issues and designation of record. The trustee seeks an extension such that his response is due within 10 days after the Court rules on his pending motion to dismiss. The appellant has not opposed the motion.

The appellee has shown good cause for an extension, and his motion (Dkt. #10) is GRANTED.

DATED this 23rd day of January, 2008.

Robert S. Lasnik
United States District Judge

ORDER